**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE: Brian D. Welsh                                                                 CHAPTER 13
        Amy L. Welsh

                                                                        BKY. NO. 20-20726 CMB
                            Debtor(s)

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

      Kindly enter my appearance on behalf of PNC Bank, National Association and index same on the master mailing list.

                                                  Respectfully submitted,

                                                  **/s/James C. Warmbrodt, Esquire**
                                                  James C. Warmbrodt, Esquire
                                                  Attorney I.D. No. 42524
                                                  KML Law Group, P.C.
                                                  BNY Mellon Independence Center
                                                  701 Market Street, Suite 5000
                                                  Philadelphia, PA 19106
                                                  412-430-3594
                                                  jwarmbrodt@kmllawgroup.com