IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Brian D. Welsh | ) | Case No. 20-20726 |
| Amy L. Welsh, | ) | Chapter 13 |
|     Debtor(s) | ) | Related to Docket No. 13 |
| | ) | |
| | ) | |
| Brian D. Welsh, | ) | |
|     Movant(s) | ) | |
| | ) | |
| Social Security No. XXX-XX-1690 | ) | |
| | ) | |
|     vs. | ) | |
| | ) | |
| E Holdings Inc. and | ) | |
| Ronda J. Winnecour, Trustee | ) | |
|     Respondent(s) | ) | |

## CERTIFICATE OF SERVICE

    I, the undersigned, hereby certify that on March 9, 2020, a true and correct copy of the *Order to Pay Trustee* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

Ronda J. Winnecour, Trustee  
Suite 3250 – US Steel Tower  
600 Grant Street  
Pittsburgh, PA 15219

E Holdings Inc.  
Attn: Payroll  
1801 Centre Ave. Suite 313  
Pittsburgh, PA 15219

Brian D. & Amy L. Welsh  
384 Kenneth Drive  
Belle Vernon, PA 15012

Date of Service: March 9, 2020

/s/ Christopher M., Frye  
Christopher M. Frye, Esquire  
Attorney for the Debtor  
STEIDL & STEINBERG  
Suite 2830, Gulf Tower  
707 Grant Street  
Pittsburgh, PA 15219  
(412) 391-8000  
Chris.frye@steidl-steinberg.com  
PA I.D. No. 208402