**Form RSC**

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA

**RESCHEDULED MEETING NOTICE**
NOTICE COMMENCEMENT OF CASE UNDER CHAPTER 13
OF THE BANKRUPTCY CODE
MEETING OF CREDITORS, AND FIXING OF DATES

**Case No. 20−20726−CMB**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):

Brian D. Welsh
384 Kenneth Drive
Belle Vernon, PA 15012

Amy L. Welsh
384 Kenneth Drive
Belle Vernon, PA 15012

Social Security No.:
xxx−xx−1690

xxx−xx−3156

Employer's Tax I.D. No.:

NAME/ADDRESS OF ATTORNEY FOR DEBTOR
Christopher M. Frye
Steidl & Steinberg
Suite 2830 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219
Telephone number: 412−391−8000

NAME/ADDRESS OF TRUSTEE
Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
Telephone number: 412−471−5566

DATE/TIME/LOCATION OF MEETING OF CREDITORS
June 8, 2020
10:00 AM
3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219

CONFIRMATION HEARING DATE/TIME/LOC
June 8, 2020
10:00 AM
3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219

**MEETING RESCHEDULED DUE TO COVID−19. ALL OTHER DEADLINES FROM PRIOR NOTICE REMAIN THE SAME.**

Dated: 3/25/20

BY THE COURT

Carlota M. Bohm
Judge

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                                    Case No. 20-20726-CMB
Brian D. Welsh                                                            Chapter 13
Amy L. Welsh
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0315-2          User: lfin              Page 1 of 2              Date Rcvd: Mar 25, 2020
                              Form ID: rscCOVID       Total Noticed: 40
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 27, 2020.
```
db/jdb         +Brian D. Welsh,    Amy L. Welsh,    384 Kenneth Drive,    Belle Vernon, PA 15012-3874
15207652      ++COLUMBIA GAS,    290 W NATIONWIDE BLVD 5TH FL,    BANKRUPTCY DEPARTMENT,    COLUMBUS OH 43215-4157
               (address filed with court: Columbia Gas*,    Revenue Recovery/Bankruptcy,    PO Box 117,
                 Columbus, OH 43216)
15207659       +Credence Resource Management, LLC,    Po Box 2300,    Southgate, MI 48195-4300
15207661       +Credit Acceptance,    25505 West 12 Mile Road,    Suite 3000,    Southfield, MI 48034-8331
15207662       +Credit Acceptance Corporation,    Po Box 5070,    Southfield, MI 48086-5070
15207665       +First National Bank,    4140 E State St,    Hermitage, PA 16148-3401
15207667       +First National Bank,    Attn: Bankruptcy,    4140 East State Street,    Hermitage, PA 16148-3401
15207672       +LendingClub,    595 Market St,    San Francisco, CA 94105-2807
15207673       +LendingClub,    Attn: Bankruptcy,    595 Market St, Ste 200,    San Francisco, CA 94105-2807
15207679       +PNC Bank,    Po Box 8703,    Dayton, OH 45401-8703
15207680       +Pnc Mortgage,    Attn: Bankruptcy,    Po Box 8819,    Dayton, OH 45401-8819
15207687        West Penn Power-First Energy,    PO Box 36157,    Akron, OH 44309-3687
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 26 2020 04:52:55      Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA  17128-0946
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 26 2020 04:47:41
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
15207648       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 26 2020 05:20:55      Capital One,
                 Po Box 30281,    Salt Lake City, UT 84130-0281
15207650       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 26 2020 04:49:42      Capital One,
                 Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
15207654       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Mar 26 2020 04:52:17      Comenity Bank/Lane Bryant,
                 Attn: Bankruptcy,    Po Box 182125,    Columbus, OH 43218-2125
15207653       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Mar 26 2020 04:52:17      Comenity Bank/Lane Bryant,
                 Po Box 182789,    Columbus, OH 43218-2789
15207656       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Mar 26 2020 04:52:17      Comenity Bank/Peebles,
                 Attn: Bankruptcy,    Po Box 182125,    Columbus, OH 43218-2125
15207655       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Mar 26 2020 04:52:18      Comenity Bank/Peebles,
                 Po Box 182789,    Columbus, OH 43218-2789
15207658      ++E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Mar 26 2020 04:52:18
                 Comenity Bank/Victoria Secret,    Attn: Bankruptcy,    Pob 182125,    Columbus, OH 43218-2125
15207657       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Mar 26 2020 04:52:18
                 Comenity Bank/Victoria Secret,    Po Box 182789,    Columbus, OH 43218-2789
15207660       +E-mail/Text: bankruptcy@credencerm.com Mar 26 2020 04:55:25
                 Credence Resource Management, LLC,    17000 Dallas Parkway,    Suite 204,
                 Dallas, TX 75248-1940
15207663        E-mail/Text: mrdiscen@discover.com Mar 26 2020 04:51:38      Discover Financial,    Pob 15316,
                 Wilmington, DE 19850
15212512        E-mail/Text: mrdiscen@discover.com Mar 26 2020 04:51:38      Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
15207664       +E-mail/Text: mrdiscen@discover.com Mar 26 2020 04:51:38      Discover Financial,
                 Attn: Bankruptcy,    Po Box 3025,    New Albany, OH 43054-3025
15207669       +E-mail/Text: bankruptcy@huntington.com Mar 26 2020 04:53:55      Huntington National Bank,
                 Po Box 1558,    Columbus, OH 43216-1558
15207670       +E-mail/Text: bankruptcy@huntington.com Mar 26 2020 04:53:56      Huntington Natl Bk,
                 Attn: Bankruptcy,    P.O. Box 340996,    Columbus, OH 43234-0996
15207671        E-mail/Text: sbse.cio.bnc.mail@irs.gov Mar 26 2020 04:51:59      Internal Revenue Service,
                 PO Box 7346,    Philadelphia, PA 19101-7346
15207676       +E-mail/PDF: cbp@onemainfinancial.com Mar 26 2020 04:46:51      OneMain Financial,
                 Attn: Bankruptcy,    Po Box 3251,    Evansville, IN 47731-3251
15207674       +E-mail/PDF: cbp@onemainfinancial.com Mar 26 2020 04:44:53      OneMain Financial,    Po Box 1010,
                 Evansville, IN 47706-1010
15207678       +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 26 2020 04:52:55      PA Department of Revenue,
                 Bankruptcy Division,    P.O. Box 280946,    Harrisburg, PA 17128-0946
15207682       +E-mail/PDF: gecsedi@recoverycorp.com Mar 26 2020 04:47:03      Syncb/JCI Home Design,
                 Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
15207681       +E-mail/PDF: gecsedi@recoverycorp.com Mar 26 2020 04:44:59      Syncb/JCI Home Design,
                 Po Box 965036,    Orlando, FL 32896-5036
15209356       +E-mail/PDF: gecsedi@recoverycorp.com Mar 26 2020 04:49:18      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
15207684       +E-mail/PDF: gecsedi@recoverycorp.com Mar 26 2020 04:47:00      Synchrony Bank/Amazon,
                 Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
15207683       +E-mail/PDF: gecsedi@recoverycorp.com Mar 26 2020 04:44:59      Synchrony Bank/Amazon,
                 Po Box 965015,    Orlando, FL 32896-5015
15215989       +E-mail/Text: bankruptcy@huntington.com Mar 26 2020 04:53:56      The Huntington National Bank,
                 P O Box 89424,    Cleveland OH 44101-6424
15207685       +E-mail/Text: bankruptcy@firstenergycorp.com Mar 26 2020 04:54:11      West Penn Power,
                 5001 NASA Blvd,    Fairmont, WV 26554-8248
```

```
District/off: 0315-2            User: lfin               Page 2 of 2                 Date Rcvd: Mar 25, 2020
                                Form ID: rscCOVID        Total Noticed: 40
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
15207686        +E-mail/Text: bankruptcy@firstenergycorp.com Mar 26 2020 04:54:11      West Penn Power*,
                 1310 Fairmont Avenue,   Fairmont, WV 26554-3526
                                                                                                TOTAL: 28

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              PNC Bank, National Association
15207649*      +Capital One,   Po Box 30281,   Salt Lake City, UT 84130-0281
15207651*      +Capital One,   Attn: Bankruptcy,   Po Box 30285,   Salt Lake City, UT 84130-0285
15207668*      +First National Bank,   Attn: Bankruptcy,   4140 East State Street,   Hermitage, PA 16148-3401
15207666*      +First National Bank,   4140 E State Street,   Hermitage, PA 16148-3401
15207677*      +OneMain Financial,   Attn: Bankruptcy,   Po Box 3251,   Evansville, IN 47731-3251
15207675*      +OneMain Financial,   Po Box 1010,   Evansville, IN 47706-1010
                                                                                   TOTALS: 1, * 6, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 27, 2020                                    Signature:  /s/Joseph Speetjens 

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 25, 2020 at the address(es) listed below:
```
              Christopher M. Frye    on behalf of Joint Debtor Amy L. Welsh chris.frye@steidl-steinberg.com,
               julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgo
               ga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-ste
               inberg.com
              Christopher M. Frye    on behalf of Debtor Brian D. Welsh chris.frye@steidl-steinberg.com,
               julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgo
               ga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-ste
               inberg.com
              James   Warmbrodt    on behalf of Creditor    PNC Bank, National Association bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                                TOTAL: 5
```