IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | |
| Brian D. Welsh | Case No. 20-20726 CMB |
| Amy L. Welsh, | Chapter 13 |
|     Debtor(s) | Document No. 23 |
| | |
| Brian D. Welsh, | |
|     Movant(s) | |
| Social Security No. XXX-XX-1690 | |
|     vs. | |
| E Holdings Inc. and | |
| Ronda J. Winnecour, Trustee | |
|     Respondent(s) | |

**CONSENT ORDER TO SUSPEND WAGE ATTACHMENT**

AND NOW, to wit, this __7th__ day of __May__, 2020, it is hereby ORDERED, ADJUDGED, and DECREED that:

1) The Husband Debtor is permitted to suspend his wage attachment for the period of ninety-days (i.e. six payroll periods). During the six payroll periods immediately following this Order, the Husband Debtor's, employer, E Holdings Inc., is to remit no funds to the Chapter 13 Trustee on behalf of the Husband Debtor;

2) The employer, E Holdings Inc., is to restart payroll deductions to the Chapter 13 Trustee after the suspension of six payroll attachments has concluded. It is the Husband Debtor's responsibility to ensure that the wage attachment resumes in a timely manner;

3) This wage attachment is being suspended due to the COVID-19 crisis;

4) The Debtors are aware that they will be required to make up any payments that have been missed within the remaining months of the case and that the unsecured creditors cannot be reduced to allow for the payments to be caught up.

Consented to by:

/s/ Kate DeSimone_____       /s/ Christopher M. Frye
Kate DeSimone, Esquire       Christopher M. Frye, Esquire
Office of the Chapter 13 Trustee       Counsel for the Debtors

FILED
5/7/20 4:33 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Carlota M. Böhm
Chief United States Bankruptcy Court Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 20-20726-CMB
Brian D. Welsh                                                          Chapter 13
Amy L. Welsh
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2            User: dric               Page 1 of 1            Date Rcvd: May 07, 2020
                                Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 09, 2020.
db/jdb         +Brian D. Welsh,   Amy L. Welsh,   384 Kenneth Drive,   Belle Vernon, PA 15012-3874

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                       TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 09, 2020                                     Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 7, 2020 at the address(es) listed below:
          Christopher M. Frye    on behalf of Joint Debtor Amy L. Welsh chris.frye@steidl-steinberg.com,
           julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgo
           ga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-ste
           inberg.com
          Christopher M. Frye    on behalf of Debtor Brian D. Welsh chris.frye@steidl-steinberg.com,
           julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgo
           ga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-ste
           inberg.com
          James    Warmbrodt    on behalf of Creditor    PNC Bank, National Association bkgroup@kmllawgroup.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 5