# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA

## CONCILIATION CONFERENCE MINUTES

### *Conciliation Conference:*

|  |  |
|---|---|
| **Debtor:** | BRIAN D. & AMY L. WELSH |
| **Case Number:** | 20-20726-CMB          **Chapter:** 13 |
| **Date / Time / Room:** | THURSDAY, SEPTEMBER 10, 2020 09:30 AM  3251 US STEEL |
| **Hearing Officer:** | CHAPTER 13 TRUSTEE |

FILED
9/15/20 7:25 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### *Matter:*

#5 - Final Confirmation of Plan Dated  2/27/20 (NFC)

**R / M #:**  5 / 0

### *Appearances:*

A. Steidl

Debtor:
Trustee: Winnecour / Pail / Katz / DeSimone

Creditor:

*Can It for payments to resume & 2019 return to be completed & filed.*

### *Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. __✓__ Plan/Motion continued to __12/3/20__ at __11:00 Am__

8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____ .
   A hearing on the Amended Plan is set  for _____ at _____.

9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

9/2/2020     4:59:20PM