# PROCEEDING MEMO

**Date: 10/07/2020 10:00 am**

**In re:** Brian D. Welsh
Amy L. Welsh

Bankruptcy No. 20-20726-CMB
Chapter: 13
Doc. # 32

**Telephonic Appearances:** Ronda J. Winnecour, William E. Craig, Abagale E. Steidl

**Nature of Proceeding:** #32 Motion for Relief from the Automatic Stay filed by Credit Acceptance Corporation

**Additional Pleadings:** #36 Response by Debtors

**Judge's Notes:**
- Craig: Basis for the motion is Debtors are delinquent in payments to Trustee. Delinquency exceeds $6,000.
- Steidl: Delinquency is due to COVID impact. Ineligible for plan term extension under CARES. Intend to cure. No equity but vehicle is needed for reorganization.
- Craig: Willing to permit a continuance to see what happens with payments.

Outcome: Continued to 1/6/21 at 2pm. If payments are being made can consider withdrawing motion.

**Carlota Böhm**
**Chief U.S. Bankruptcy Judge**

FILED
10/7/20 2:09 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re:<br>Brian D. Welsh<br>Amy L. Welsh<br>    Debtor(s) | Case No. 20-20726-CMB<br>Chapter 13 |

# CERTIFICATE OF NOTICE

District/off: 0315-2    User: dric    Page 1 of 2
Date Rcvd: Oct 07, 2020    Form ID: pdf900    Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 09, 2020:**

**Recip ID          Recipient Name and Address**
db/jdb            + Brian D. Welsh, Amy L. Welsh, 384 Kenneth Drive, Belle Vernon, PA 15012-3874

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

**Recip ID    Bypass Reason    Name and Address**
jdb          *+              Amy L. Welsh, 384 Kenneth Drive, Belle Vernon, PA 15012-3874

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 09, 2020          Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 7, 2020 at the address(es) listed below:

**Name                    Email Address**

Brian Nicholas
    on behalf of Creditor PNC Bank  National Association bnicholas@kmllawgroup.com

Christopher M. Frye
    on behalf of Joint Debtor Amy L. Welsh chris.frye@steidl-steinberg.com
    julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgoga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com

Christopher M. Frye
    on behalf of Debtor Brian D. Welsh chris.frye@steidl-steinberg.com
    julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgoga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com

District/off: 0315-2 User: dric Page 2 of 2
Date Rcvd: Oct 07, 2020 Form ID: pdf900 Total Noticed: 1

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

William E. Craig
    on behalf of Creditor Credit Acceptance Corporation ecfmail@mortoncraig.com
    mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

TOTAL: 6