# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### Conciliation Conference:

- **Debtor:** BRIAN D. & AMY L. WELSH
- **Case Number:** 20-20726-CMB    **Chapter:** 13
- **Date / Time / Room:** THURSDAY, DECEMBER 03, 2020 11:00 AM   3251 US STEEL
- **Hearing Officer:** CHAPTER 13 TRUSTEE

FILED
12/7/20 8:37 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### Matter:

#5 - Final Confirmation of Plan Dated 2/27/2020 (NFC)
R / M #: 5 / 0

### Appearances:

- **Debtor:** [signature]
- **Trustee:** Winnecour / Pail / (Katz) / DeSimone
- **Creditor:**

*Con't for Debtor to address WA remittance issue*

### Proceedings:

**Outcome:**

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within ____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. ✓ Plan/Motion continued to 1/28/21 at 2:00 pm.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

11/23/2020  4:35:38PM