# PROCEEDING MEMO

**Date: 01/06/2021 02:00 pm**

**In re:**   Brian D. Welsh
            Amy L. Welsh

                                                    **Bankruptcy No. 20-20726-CMB**
                                                    **Chapter: 13**
                                                    **Doc. # 32**

**Appearances:**  William E. Craig, Abagale E. Steidl, Owen Katz

**Nature of Proceeding:** #32 Continued Motion for Relief from the Automatic Stay filed by Credit Acceptance Corporation

**Additional Pleadings:**  #36 Response by Debtors (filed previously)

**Judge's Notes:**
-Craig: Conciliation conference was scheduled for 12/3 and has been continued to 1/28. Debtor made January payment. Request continuance until after conciliation meeting.
-Steidl: Debtor's employer was withholding payments and was not sending payments to the U.S. Trustee's Office.
 OUTCOME: Continued to 2/17 at 1:30 pm.

                                                      **Carlota Böhm**
                                                      **Chief U.S. Bankruptcy Judge**

        FILED
        1/7/21 1:18 pm
        CLERK
        U.S. BANKRUPTCY
        COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 20-20726-CMB

Brian D. Welsh     Chapter 13

Amy L. Welsh

      Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: dric     Page 1 of 2

Date Rcvd: Jan 07, 2021     Form ID: pdf900     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 09, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Brian D. Welsh, Amy L. Welsh, 384 Kenneth Drive, Belle Vernon, PA 15012-3874 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 09, 2021     Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 7, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | |
| | on behalf of Creditor PNC Bank National Association bnicholas@kmllawgroup.com |
| Christopher M. Frye | |
| | on behalf of Joint Debtor Amy L. Welsh chris.frye@steidl-steinberg.com julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgoga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com |
| Christopher M. Frye | |
| | on behalf of Debtor Brian D. Welsh chris.frye@steidl-steinberg.com julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgoga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com |
| Office of the United States Trustee | |
| | ustpregion03.pi.ecf@usdoj.gov |

District/off: 0315-2　　　　　　　　　　　　　　User: dric　　　　　　　　　　　　　　　　Page 2 of 2
Date Rcvd: Jan 07, 2021　　　　　　　　　　　　Form ID: pdf900　　　　　　　　　　　　Total Noticed: 1

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

William E. Craig
    on behalf of Creditor Credit Acceptance Corporation ecfmail@mortoncraig.com
    mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

TOTAL: 6