Form 149

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Brian D. Welsh**
**Amy L. Welsh**
Debtor(s)

Bankruptcy Case No.: 20−20726−CMB
Per January 28, 2021 Proceeding
Chapter: 13
Docket No.: 45 − 5, 41
Concil. Conf.: at

**ORDER OF COURT CONFIRMING PLAN AS MODIFIED**
**AND SETTING DEADLINES FOR CERTAIN ACTIONS**

*(1.) PLAN CONFIRMATION:*

IT IS HEREBY ORDERED that upon consent of the Debtor(s), the Chapter 13 Plan dated February 27, 2020 is CONFIRMED as modified at the Plan confirmation hearing. Terms of the Plan not expressly modified by this Order remain in full force and effect. A copy of this Plan was previously mailed to you. *Only those provisions which are checked below apply to this case:*

☒ A.   For the remainder of the Plan term, the periodic Plan payment is amended to be $2,786.00 as of February, 2021. Debtor(s)' counsel shall file a motion to amend the income attachment order within seven (7) days of the date of this Order.

☐ B.   The length of the Plan is increased to a total of months. This statement of duration of the Plan is an approximation. The Plan shall not be completed until the goals of the Plan have been achieved. The total length of the Plan shall not exceed sixty (60) months.

☐ C.   Plan confirmation is on an interim basis only as a form of adequate protection. The Trustee is authorized to distribute to secured and priority creditors with percentage fees. *A final plan conciliation conference will be held on at , in .* If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

☐ D.   Plan confirmation is subject to the resolution of all actions to determine the avoidability, priority, or extent of liens; including determination of the allowed amount of secured claims under *11 U.S.C. §506*, disputes over the amount and allowance of claims entitled to priority under *11 U.S.C. §507*, and all objections to claims.

☐ E.   The allowed claims of general unsecured creditors shall be paid from available funds on a pro rata basis, which may represent an increase or decrease in the amount projected in the Plan.

☐ F.   shall be paid monthly payments of $ beginning with the Trustee's distribution and continuing for the duration of the plan term, to be applied by that creditor to it's administrative claim, budget payments and/or security deposit. These payments shall be at the third distribution level.

☒ G.   The claims of the following creditors shall govern as to amount, classification and rate of interest (or as otherwise noted), unless the Debtor(s) successfully objects to the claim: Huntington National Bank (Cl. #4); PNC (Cl. #10) .

☐ H.   Additional Terms:

*(2.)   IT IS FURTHER ORDERED THAT THE FOLLOWING DEADLINES ARE ESTABLISHED:*

**A.   Objections to the Plan.** Pursuant to *Fed.R.Bankr.P. 2002(b)*, this Order shall not become final for a period of twenty−eight (28) days. Any party in interest with an objection to any provision of this Confirmation Order must file a written objection within that twenty−eight (28) day period. Failure to timely object shall be deemed a waiver of all objections and an acceptance of the provisions of this confirmed Plan. The Trustee may disburse funds pursuant to this confirmation order upon it's entry.

**B.   Applications to retain brokers, sales agents, or other professionals.** If the Plan contemplates sales of assets or litigation proceeds as a source of funding, Debtor(s) shall file motion(s) to employ the necessary professionals within thirty (30) days hereof.

**C.   Review of Claims Docket and Objections to Claims.** Pursuant to *W.PA.LBR 3021−1(c)(2)*, the Debtor or Debtor's attorney, if represented, shall review the proofs of claim filed and shall file objections to any disputed claims within ninety (90) days after the claims bar date or, for late filed or amended claims, within ninety (90) days after they are filed and served. Absent an objection, the proof of claim will govern as to the classification and amount of the claim. Objections filed after the ninety (90) days specified herein shall be deemed untimely.

**D.   Motions or Complaints Pursuant to §§506, 507 or 522.** All actions to determine the priority, avoidability, or extent of liens, all actions pursuant to *11 U.S.C. §§506, 507 and 522* shall be filed within ninety (90) days after the claims bar date.

**E.   Filing Amended Plans.** Within fourteen (14) days after the Bankruptcy Court resolves the priority, avoidability, or extent of a lien, or any objection to claim, the Debtor(s) shall file an amended Plan to provide for the allowed amount of the claim if the allowed amount differs from the amount stated in the plan. Debtor(s) shall also file an amended Plan within thirty (30) days after the claims bar date(s) in the event that no objection is filed and the claim(s) as filed causes the Plan to be underfunded.

*(3.)*   **IT IS FURTHER ORDERED THAT:**

**A.**   After the claims objection deadline, the Plan shall be deemed amended to conform to the claims filed or otherwise allowed. If the Plan expressly modified the terms of payment to any creditor pursuant to *11 U.S.C. §1322(b)(2)*, nothing in this Order shall be construed to change the payment terms established in the Plan.

**B.**   Any creditor who files or amends a proof of claim shall serve a copy on the Debtor(s) or counsel for the Debtor(s).

**C.**   Any creditor whose payment changes due to variable interest rates, change in escrow, or change in monthly payments, shall notify the Trustee, Debtor(s)' counsel and Debtor(s) at least twenty-one (21) days prior to the change taking effect.

**D.**   Debtor's counsel must file a fee application in accordance with *W.PA.LBR 2016-1* before attorney fees in excess of the "no look" provision (including retainer) will be allowed or paid.

**E.**   The Trustee shall file a *Certificate of Default and Request for Dismissal* of the case in the event of a material Plan default. If the default involves failure to make a plan payment the case will result in dismissal without further hearing upon filing and service of an *Affidavit of Default* by the Trustee. The Trustee is not precluded from raising pre-confirmation defaults in any subsequent motion to dismiss.

**F.**   In the event that any order is entered in this case granting relief from the automatic stay to a secured creditor, then the Trustee shall make no further disbursements to any creditor on account of any *secured claim* that is secured by the subject property, unless directed otherwise by further Order of Court.

Dated: February 2, 2021

Carlota M. Böhm, Judge
United States Bankruptcy Court

cc:  All Parties in Interest to be served by Clerk in seven (7) days

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                             Case No. 20-20726-CMB
Brian D. Welsh                                                        Chapter 13
Amy L. Welsh
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2                                   User: dric                                   Page 1 of 3
Date Rcvd: Feb 02, 2021                           Form ID: 149                           Total Noticed: 44

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+                       Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++                    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 04, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Brian D. Welsh, Amy L. Welsh, 384 Kenneth Drive, Belle Vernon, PA 15012-3874 |
| 15207652 | ++ | COLUMBIA GAS, 290 W NATIONWIDE BLVD 5TH FL, BANKRUPTCY DEPARTMENT, COLUMBUS OH 43215-4157 address filed with court:, Columbia Gas*, Revenue Recovery/Bankruptcy, PO Box 117, Columbus, OH 43216 |
| 15207665 | + | First National Bank, 4140 E State St, Hermitage, PA 16148-3401 |
| 15207667 | + | First National Bank, Attn: Bankruptcy, 4140 East State Street, Hermitage, PA 16148-3401 |
| 15207687 | | West Penn Power-First Energy, PO Box 36157, Akron, OH 44309-3687 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ebnnotifications@creditacceptance.com | Feb 03 2021 03:02:00 | Credit Acceptance Corporation, 25505 W. 12 Mile Road, Suite 3000, Southfield, MI 48034-8331 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 03 2021 03:23:03 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15207650 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Feb 03 2021 03:26:31 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15207648 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Feb 03 2021 03:24:45 | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15224558 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Feb 03 2021 03:26:31 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15207654 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 03 2021 03:03:00 | Comenity Bank/Lane Bryant, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15207653 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 03 2021 03:03:00 | Comenity Bank/Lane Bryant, Po Box 182789, Columbus, OH 43218-2789 |
| 15207656 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 03 2021 03:03:00 | Comenity Bank/Peebles, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15207655 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 03 2021 03:03:00 | Comenity Bank/Peebles, Po Box 182789, Columbus, OH 43218-2789 |
| 15207657 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 03 2021 03:03:00 | Comenity Bank/Victoria Secret, Po Box 182789, Columbus, OH 43218-2789 |
| 15207658 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 03 2021 03:03:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Pob 182125, Columbus, OH 43218-2125 |
| 15207660 | + | Email/Text: bankruptcy@credencerm.com | Feb 03 2021 03:04:00 | Credence Resource Management, LLC, 17000 Dallas Parkway, Suite 204, Dallas, TX 75248-1940 |
| 15207659 | + | Email/Text: bankruptcy@credencerm.com | Feb 03 2021 03:04:00 | Credence Resource Management, LLC, Po Box |

Case 20-20726-CMB    Doc 47    Filed 02/04/21    Entered 02/05/21 00:49:31    Desc Imaged
Certificate of Notice    Page 5 of 6

| District/off: 0315-2 | User: dric | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 02, 2021 | Form ID: 149 | Total Noticed: 44 |

| Recip ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | 2300, Southgate, MI 48195-4300 |
| 15207661 | + | Email/Text: ebnnotifications@creditacceptance.com | Feb 03 2021 03:02:00 | Credit Acceptance, 25505 West 12 Mile Road, Suite 3000, Southfield, MI 48034-8331 |
| 15207662 | + | Email/Text: ebnnotifications@creditacceptance.com | Feb 03 2021 03:02:00 | Credit Acceptance Corporation, Po Box 5070, Southfield, MI 48086-5070 |
| 15207663 | | Email/Text: mrdiscen@discover.com | Feb 03 2021 03:02:00 | Discover Financial, Pob 15316, Wilmington, DE 19850 |
| 15212512 | | Email/Text: mrdiscen@discover.com | Feb 03 2021 03:02:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15207664 | + | Email/Text: mrdiscen@discover.com | Feb 03 2021 03:02:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 15207669 | + | Email/Text: bankruptcy@huntington.com | Feb 03 2021 03:03:00 | Huntington National Bank, Po Box 1558, Columbus, OH 43216-1558 |
| 15207670 | + | Email/Text: bankruptcy@huntington.com | Feb 03 2021 03:03:00 | Huntington Natl Bk, Attn: Bankruptcy, P.O. Box 340996, Columbus, OH 43234-0996 |
| 15207671 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 03 2021 03:03:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15239783 | | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 03 2021 03:04:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 15207672 | + | Email/Text: Documentfiling@lciinc.com | Feb 03 2021 03:03:00 | LendingClub, 595 Market St, San Francisco, CA 94105-2807 |
| 15207673 | + | Email/Text: Documentfiling@lciinc.com | Feb 03 2021 03:03:00 | LendingClub Corporation, 595 Market St, Suite 200, San Francisco, CA 94105-2807 |
| 15207676 | + | Email/PDF: cbp@onemainfinancial.com | Feb 03 2021 03:22:56 | OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 15207674 | + | Email/PDF: cbp@onemainfinancial.com | Feb 03 2021 03:26:26 | OneMain Financial, Po Box 1010, Evansville, IN 47706-1010 |
| 15207678 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 03 2021 03:03:00 | PA Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 15207679 | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 03 2021 03:03:00 | PNC Bank, Po Box 8703, Dayton, OH 45401 |
| 15229417 | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 03 2021 03:03:00 | PNC Bank, N.A., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 15207680 | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 03 2021 03:03:00 | Pnc Mortgage, Attn: Bankruptcy, Po Box 8819, Dayton, OH 45401 |
| 15207682 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 03 2021 03:26:29 | Syncb/JCI Home Design, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15207681 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 03 2021 03:22:58 | Syncb/JCI Home Design, Po Box 965036, Orlando, FL 32896-5036 |
| 15209356 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 03 2021 03:22:58 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15207684 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 03 2021 03:26:29 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15207683 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 03 2021 03:26:29 | Synchrony Bank/Amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 15215989 | + | Email/Text: bankruptcy@huntington.com | Feb 03 2021 03:03:00 | The Huntington National Bank, P O Box 89424, Cleveland OH 44101-6424 |
| 15236807 | | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Feb 03 2021 03:23:10 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 15207685 | + | Email/Text: bankruptcy@firstenergycorp.com | Feb 03 2021 03:04:00 | West Penn Power, 5001 NASA Blvd, Fairmont, |

Case 20-20726-CMB  Doc 47  Filed 02/04/21  Entered 02/05/21 00:49:31  Desc Imaged
Certificate of Notice  Page 6 of 6

| District/off: 0315-2 | User: dric | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Feb 02, 2021 | Form ID: 149 | Total Noticed: 44 |

| 15207686 | + Email/Text: bankruptcy@firstenergycorp.com | | WV 26554-8248 |
|---|---|---|---|
| | | Feb 03 2021 03:04:00 | West Penn Power*, 1310 Fairmont Avenue, Fairmont, WV 26554-3526 |

TOTAL: 39

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC Bank, National Association |
| 15207651 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15207649 | *+ | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15207668 | *+ | First National Bank, Attn: Bankruptcy, 4140 East State Street, Hermitage, PA 16148-3401 |
| 15207666 | *+ | First National Bank, 4140 E State Street, Hermitage, PA 16148-3401 |
| 15207677 | *+ | OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 15207675 | *+ | OneMain Financial, Po Box 1010, Evansville, IN 47706-1010 |

TOTAL: 1 Undeliverable, 6 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 04, 2021          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 2, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PNC Bank National Association bnicholas@kmllawgroup.com |
| Christopher M. Frye | on behalf of Joint Debtor Amy L. Welsh chris.frye@steidl-steinberg.com julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgoga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com |
| Christopher M. Frye | on behalf of Debtor Brian D. Welsh chris.frye@steidl-steinberg.com julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgoga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| William E. Craig | on behalf of Creditor Credit Acceptance Corporation ecfmail@mortoncraig.com mhazlett@mortoncraig.com;mortoncraigecf@gmail.com |

TOTAL: 6