**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

11/21/2024

IN RE:

BRIAN D. WELSH
AMY L. WELSH
384 KENNETH DRIVE
BELLE VERNON,  PA  15012
XXX-XX-1690          Debtor(s)

XXX-XX-3156

Case No.20-20726 CMB

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

    NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

    This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case.  This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders.  Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

    This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan.  Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

    The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed.  Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee.  To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known .

In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

<u>/s/ RONDA J. WINNECOUR</u>
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

11/21/2024

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Claim Info | Description |
|---|---|---|
| **SYNCHRONY BANK\*\***<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br><br>NORFOLK, VA  23541 | Trustee Claim Number:1  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  AMAZON/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.:  9825 |
| **KML LAW GROUP PC\***<br>701 MARKET ST STE 5000<br><br>PHILADELPHIA, PA  19106 | Trustee Claim Number:2  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  PNC/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **CREDIT ACCEPTANCE CORP\***<br>ATTN: BANKRUPTCY DEPT\*<br>25505 W 12 MILE RD STE 3000\*<br><br>SOUTHFIELD, MI  48034-8339 | Trustee Claim Number:3  INT %:  0.00%<br>Court Claim Number:1<br><br>CLAIM:  0.00<br>COMMENT:  595/PL\*595.21x(60+2)=LMT\*$0ARRS/PL-CL | CRED DESC:  VEHICLE<br>ACCOUNT NO.:  6841 |
| **FIRST NATIONAL BANK OF PA(\*)**<br>LOAN ADJUSTMENT DEPT\*<br>4140 E STATE ST<br><br>HERMITAGE, PA  16148 | Trustee Claim Number:4  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  OUTSIDE/PL | CRED DESC:  VEHICLE<br>ACCOUNT NO.:  0917 |
| **HUNTINGTON NATIONAL BANK(\*)**<br>5555 CLEVELAND AVE - GW1N10<br><br>COLUMBUS, OH  43231 | Trustee Claim Number:5  INT %:  3.91%<br>Court Claim Number:4<br><br>CLAIM:  19,648.21<br>COMMENT:  CL4GOV\*20012@6%/PL | CRED DESC:  VEHICLE<br>ACCOUNT NO.:  4442 |
| **PNC BANK NA**<br>3232 NEWMARK DR<br><br>MIAMISBURG, OH  45342 | Trustee Claim Number:6  INT %:  0.00%<br>Court Claim Number:10<br><br>CLAIM:  0.00<br>COMMENT:  PMT/DECL\*DKT4PMT-LMT\*BGN 3/20 | CRED DESC:  MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.:  3250 |
| **INTERNAL REVENUE SERVICE\***<br>CENTRALIZED INSOLVENCY-TRUSTEE REMITS<br>PO BOX 7317<br><br>PHILADELPHIA, PA  19101-7317 | Trustee Claim Number:7  INT %:  0.00%<br>Court Claim Number:5-3<br><br>CLAIM:  0.00<br>COMMENT:  1690/3156\*920/PL\*AMD CL=0 | CRED DESC:  PRIORITY CREDITOR<br>ACCOUNT NO.:  1690 |
| **PA DEPARTMENT OF REVENUE\***<br>BANKRUPTCY DIVISION<br>PO BOX 280946<br><br>HARRISBURG, PA  17128-0946 | Trustee Claim Number:8  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  453.00<br>COMMENT:  $@0%/PL\*18/SCH-PL | CRED DESC:  PRIORITY CREDITOR<br>ACCOUNT NO.: |
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INF**<br>PO BOX 71083<br><br>CHARLOTTE, NC  28272-1083 | Trustee Claim Number:9  INT %:  0.00%<br>Court Claim Number:9<br><br>CLAIM:  4,638.21<br>COMMENT:  CAP 1 | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  0529 |
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INF**<br>PO BOX 71083<br><br>CHARLOTTE, NC  28272-1083 | Trustee Claim Number:10  INT %:  0.00%<br>Court Claim Number:8<br><br>CLAIM:  2,646.14<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  8283 |

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **COLUMBIA GAS OF PA INC(*)**<br>PO BOX 117<br><br>COLUMBUS, OH  48216-0117 | Trustee Claim Number:11  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **COMENITY BANK**<br>PO BOX 182789<br><br>COLUMBUS, OH  43218 | Trustee Claim Number:12  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: LANE BRYANT/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1628 |
| **COMENITY BANK**<br>PO BOX 182789<br><br>COLUMBUS, OH  43218 | Trustee Claim Number:13  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: PEEBLES/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9358 |
| **COMENITY BANK**<br>PO BOX 182789<br><br>COLUMBUS, OH  43218 | Trustee Claim Number:14  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: VICTORIAS SECRET/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0557 |
| **CREDENCE RESOURCE MANAGEMENT**<br>4222 TRINITY MILLS RD STE 260<br><br>DALLAS, TX  75287-7666 | Trustee Claim Number:15  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~DIRECTV/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9195 |
| **DISCOVER BANK(*)**<br>C/O DISCOVER PRODUCTS INC<br>PO BOX 3025<br>NEW ALBANY, OH  43054-3025 | Trustee Claim Number:16  INT %: 0.00%<br>Court Claim Number:2<br>CLAIM: 7,727.50<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2030 |
| **FIRST NATIONAL BANK OF PA(*)**<br>LOAN ADJUSTMENT DEPT*<br>4140 E STATE ST<br>HERMITAGE, PA  16148 | Trustee Claim Number:17  INT %: 0.00%<br>Court Claim Number:6<br>CLAIM: 17,606.22<br>COMMENT: X0517/SCH*DEFICIENCY BAL*OPENED 5/1/17*LAST ACTIVE | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3183 |
| **LENDING CLUB CORP***<br>3440 FLAIR DR<br>LOCKBOX SERVICES #0134268<br>EL MONTE, CA  91731 | Trustee Claim Number:18  INT %: 0.00%<br>Court Claim Number:12<br>CLAIM: 9,348.80<br>COMMENT: DKT | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0267 |
| **ONE MAIN FINANCIAL GROUP LLC(*)**<br>PO BOX 3251<br><br>EVANSVILLE, IN  47731-3251 | Trustee Claim Number:19  INT %: 0.00%<br>Court Claim Number:3<br>CLAIM: 8,317.57<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1672 |
| **ONE MAIN FINANCIAL(*)**<br>PO BOX 3251<br><br>EVANSVILLE, IN  47731-3251 | Trustee Claim Number:20  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1672 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **JEFFERSON CAPITAL SYSTEMS LLC\***<br>PO BOX 772813<br><br>CHICAGO, IL 60677-2813 | Trustee Claim Number:21  INT %: 0.00%<br>Court Claim Number:13<br><br>CLAIM: 1,726.23<br>COMMENT: REF 3540692743*SYNCHRONY*JCI HOME DESIGN HVAC | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1660 |
| **JEFFERSON CAPITAL SYSTEMS LLC\***<br>PO BOX 772813<br><br>CHICAGO, IL 60677-2813 | Trustee Claim Number:22  INT %: 0.00%<br>Court Claim Number:14<br><br>CLAIM: 2,157.56<br>COMMENT: REF 3544453486*SYNCHRONY*AMAZON | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9825 |
| **WEST PENN POWER\***<br>ATTN BANKRUPTCY<br>5001 NASA BLVD<br><br>FAIRMONT, WV 26554 | Trustee Claim Number:23  INT %: 0.00%<br>Court Claim Number:7<br><br>CLAIM: 251.55<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5350 |
| **CREDITOR INFORMATION MISSING OR VAGUE**<br>NEED VERIFICATION | Trustee Claim Number:24  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: ND ADR~RILEY GOCKEL/SCH H | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **PNC BANK NA**<br>3232 NEWMARK DR<br><br>MIAMISBURG, OH 45342 | Trustee Claim Number:25  INT %: 0.00%<br>Court Claim Number:10<br><br>CLAIM: 4,683.57<br>COMMENT: CL10GOV*5637/PL*THRU 2/20 | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 3250 |
| **VERIZON BY AMERICAN INFOSOURCE AS AGEN**<br>PO BOX 4457<br><br>HOUSTON, TX 77210-4457 | Trustee Claim Number:26  INT %: 0.00%<br>Court Claim Number:11<br><br>CLAIM: 163.47<br>COMMENT: NT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0001 |
| **INTERNAL REVENUE SERVICE\***<br>CENTRALIZED INSOLVENCY-TRUSTEE REMITS<br>PO BOX 7317<br><br>PHILADELPHIA, PA 19101-7317 | Trustee Claim Number:27  INT %: 0.00%<br>Court Claim Number:5-3<br><br>CLAIM: 0.00<br>COMMENT: NO GEN UNS/SCH*AMD CL=0 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1690 |
| **WILLIAM CRAIG ESQ++**<br>MORTON AND CRAIG<br>110 MARTER AVE STE 301<br><br>MOORESTOWN, NJ 08057 | Trustee Claim Number:28  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: CREDIT ACCPT/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |