Certificate Number: 16339-PAW-DE-039522006

Bankruptcy Case Number: 25-20576



16339-PAW-DE-039522006

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on April 5, 2025, at 3:35 o'clock PM EDT, Nathali Maygar completed a course on personal financial management given by internet by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date: April 5, 2025

By: /s/Kelley Tipton

Name: Kelley Tipton

Title: Certified Financial Counselor