Certificate Number: 17082-PAW-DE-039523836

Bankruptcy Case Number: 20-20726



17082-PAW-DE-039523836

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>April 6, 2025</u>, at <u>1:11</u> o'clock <u>PM MST</u>, <u>AMY L WELSH</u> completed a course on personal financial management given <u>by internet</u> by <u>Summit Financial Education, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Western District of Pennsylvania</u>.

Date:   <u>April 6, 2025</u>          By:   <u>/s/Orsolya K Lazar</u>

Name:   <u>Orsolya K Lazar</u>

Title:   <u>Executive Director</u>