IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| **Brian D. Welsh** ) | Case No. 20-20726 CMB |
| **Amy L. Welsh,** ) | |
|     Debtor(s) ) | **Chapter 13** |
| ) | **Docket No.** |
| ) | |
| ) | |
| **Brian D. Welsh** ) | |
| **Amy L. Welsh,** ) | |
|     Movant(s) ) | |
| ) | |
| vs. ) | |
| ) | |
| **No Respondent(s)** ) | |
| ) | |

## DEBTORS' CERTIFICATION OF DISCHARGE ELIGIBILITY

1. The Debtors have made all payments required by the Chapter 13 Plan.

2. Include whichever one of the two following statements applies:
   The Debtors are not required to pay any Domestic Support Obligations.

3. The Debtors are entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtors have not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtors ineligible for a discharge.

4. On April 7, 2025 and April 9, 2025 at docket number 61 and 63, the Debtors complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Post-Petition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

   This Certification is being signed under penalty of perjury by (*include whichever one of the two following statements applies*): Undersigned Counsel duly questioned Debtor(s) about the statements in this Certification and verified the answers in support of this Certification.

                Respectfully submitted,

June 26, 2025
DATE

                /s/ Christopher M. Frye
                Christopher M. Frye, Esquire
                Attorney for the Debtor(s)

                STEIDL & STEINBERG
                436 Seventh Avenue
                Suite 322
                Pittsburgh, PA  15219
                (412) 391-8000
                chris.frye@steidl-steinberg.com
                PA I.D. No. 208402