| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Brian D. Welsh<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–1690<br>EIN  __–_____ |
| Debtor 2<br>(Spouse, if filing) | Amy L. Welsh<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–3156<br>EIN  __–_____ |
| United States Bankruptcy Court  WESTERN DISTRICT OF PENNSYLVANIA | | |
| Case number:  20–20726–CMB | | |

## Order of Discharge    12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Brian D. Welsh                                  Amy L. Welsh

<u>8/29/25</u>                                       **By the court:** <u>Carlota M Bohm</u>
                                                      United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

Form 3180W                **Chapter 13 Discharge**                page 1

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 20-20726-CMB

Brian D. Welsh     Chapter 13

Amy L. Welsh

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2    User: auto    Page 1 of 4
Date Rcvd: Aug 29, 2025    Form ID: 3180W    Total Noticed: 46

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 31, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Brian D. Welsh, Amy L. Welsh, 384 Kenneth Drive, Belle Vernon, PA 15012-3874 |
| 15207652 | ++ | COLUMBIA GAS, 290 W NATIONWIDE BLVD 5TH FL, BANKRUPTCY DEPARTMENT, COLUMBUS OH 43215-4157 address filed with court:, Columbia Gas*, Revenue Recovery/Bankruptcy, PO Box 117, Columbus, OH 43216 |
| 15207687 | | West Penn Power-First Energy, PO Box 36157, Akron, OH 44309-3687 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Aug 30 2025 04:08:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Aug 30 2025 04:08:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: ebnnotifications@creditacceptance.com | Aug 30 2025 00:30:00 | Credit Acceptance Corporation, 25505 W. 12 Mile Road, Suite 3000, Southfield, MI 48034-8331 |
| cr | + | EDI: PRA.COM | Aug 30 2025 04:08:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15207650 | + | EDI: CAPITALONE.COM | Aug 30 2025 04:08:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15207648 | + | EDI: CAPITALONE.COM | Aug 30 2025 04:08:00 | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15224558 | | EDI: CAPITALONE.COM | Aug 30 2025 04:08:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15207654 | + | EDI: WFNNB.COM | Aug 30 2025 04:08:00 | Comenity Bank/Lane Bryant, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15207653 | + | EDI: WFNNB.COM | Aug 30 2025 04:08:00 | Comenity Bank/Lane Bryant, Po Box 182789, Columbus, OH 43218-2789 |
| 15207656 | + | EDI: WFNNB.COM | Aug 30 2025 04:08:00 | Comenity Bank/Peebles, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15207655 | + | EDI: WFNNB.COM | Aug 30 2025 04:08:00 | Comenity Bank/Peebles, Po Box 182789, Columbus, OH 43218-2789 |
| 15207657 | + | EDI: WFNNB.COM | Aug 30 2025 04:08:00 | Comenity Bank/Victoria Secret, Po Box 182789, Columbus, OH 43218-2789 |
| 15207658 | + | EDI: WFNNB.COM | | |

| Recipient ID | Flag | Delivery Method | Date/Time | Name/Address |
|---|---|---|---|---|
| | | | Aug 30 2025 04:08:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Pob 182125, Columbus, OH 43218-2125 |
| 15207660 | + | Email/Text: bankruptcy@credencerm.com | Aug 30 2025 00:32:00 | Credence Resource Management, LLC, 17000 Dallas Parkway, Suite 204, Dallas, TX 75248-1940 |
| 15207659 | + | Email/Text: bankruptcy@credencerm.com | Aug 30 2025 00:32:00 | Credence Resource Management, LLC, Po Box 2300, Southgate, MI 48195-4300 |
| 15207661 | + | Email/Text: ebnnotifications@creditacceptance.com | Aug 30 2025 00:30:00 | Credit Acceptance, 25505 West 12 Mile Road, Suite 3000, Southfield, MI 48034-8331 |
| 15207662 | + | Email/Text: ebnnotifications@creditacceptance.com | Aug 30 2025 00:30:00 | Credit Acceptance Corporation, Po Box 5070, Southfield, MI 48086-5070 |
| 15207663 | | EDI: DISCOVER | Aug 30 2025 04:08:00 | Discover Financial, Pob 15316, Wilmington, DE 19850 |
| 15212512 | | EDI: DISCOVER | Aug 30 2025 04:08:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15207664 | + | EDI: DISCOVER | Aug 30 2025 04:08:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 15207667 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Aug 30 2025 00:31:00 | First National Bank, Attn: Bankruptcy, 4140 East State Street, Hermitage, PA 16148-3401 |
| 15207665 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Aug 30 2025 00:31:00 | First National Bank, 4140 E State St, Hermitage, PA 16148-3401 |
| 15207669 | + | Email/Text: bankruptcy@huntington.com | Aug 30 2025 00:31:00 | Huntington National Bank, Po Box 1558, Columbus, OH 43216-1558 |
| 15207670 | + | Email/Text: bankruptcy@huntington.com | Aug 30 2025 00:31:00 | Huntington Natl Bk, Attn: Bankruptcy, P.O. Box 340996, Columbus, OH 43234-0996 |
| 15207671 | | EDI: IRS.COM | Aug 30 2025 04:08:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15239783 | | EDI: JEFFERSONCAP.COM | Aug 30 2025 04:08:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 15207672 | + | EDI: LENDNGCLUB | Aug 30 2025 04:08:00 | LendingClub, 595 Market St, San Francisco, CA 94105-2802 |
| 15207673 | + | EDI: LENDNGCLUB | Aug 30 2025 04:08:00 | LendingClub Corporation, 595 Market St, Suite 200, San Francisco, CA 94105-2802 |
| 15207676 | + | EDI: AGFINANCE.COM | Aug 30 2025 04:08:00 | OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 15207674 | + | EDI: AGFINANCE.COM | Aug 30 2025 04:08:00 | OneMain Financial, Po Box 1010, Evansville, IN 47706-1010 |
| 15207678 | + | EDI: PENNDEPTREV | Aug 30 2025 04:08:00 | PA Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 15207679 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 30 2025 00:31:00 | PNC Bank, Po Box 8703, Dayton, OH 45401 |
| 15229417 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 30 2025 00:31:00 | PNC Bank, N.A., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 15207680 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 30 2025 00:31:00 | Pnc Mortgage, Attn: Bankruptcy, Po Box 8819, Dayton, OH 45401 |
| 15207682 | + | EDI: SYNC | Aug 30 2025 04:08:00 | Syncb/JCI Home Design, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15207681 | + | EDI: SYNC | Aug 30 2025 04:08:00 | Syncb/JCI Home Design, Po Box 965036, Orlando, FL 32896-5036 |
| 15209356 | ^ | MEBN | Aug 30 2025 00:16:20 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Aug 29, 2025 | Form ID: 3180W | Total Noticed: 46 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 15207684 | + | EDI: SYNC | Aug 30 2025 04:08:00 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15207683 | + | EDI: SYNC | Aug 30 2025 04:08:00 | Synchrony Bank/Amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 15215989 | + | Email/Text: bankruptcy@huntington.com | Aug 30 2025 00:31:00 | The Huntington National Bank, P O Box 89424, Cleveland OH 44101-6424 |
| 15236807 | | EDI: AIS.COM | Aug 30 2025 04:08:00 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 15207685 | + | Email/Text: bankruptcy@firstenergycorp.com | Aug 30 2025 00:31:00 | West Penn Power, 5001 NASA Blvd, Fairmont, WV 26554-8248 |
| 15207686 | + | Email/Text: bankruptcy@firstenergycorp.com | Aug 30 2025 00:31:00 | West Penn Power*, 1310 Fairmont Avenue, Fairmont, WV 26554-3526 |

TOTAL: 43

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC Bank, National Association |
| 15207651 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15207649 | *+ | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15207668 | *+ | First National Bank, Attn: Bankruptcy, 4140 East State Street, Hermitage, PA 16148-3401 |
| 15207666 | *+ | First National Bank, 4140 E State Street, Hermitage, PA 16148-3401 |
| 15207677 | *+ | OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 15207675 | *+ | OneMain Financial, Po Box 1010, Evansville, IN 47706-1010 |

TOTAL: 1 Undeliverable, 6 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 31, 2025            Signature:   /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 29, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Christopher M. Frye | on behalf of Joint Debtor Amy L. Welsh chris.frye@steidl-steinberg.com julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com |
| Christopher M. Frye | on behalf of Debtor Brian D. Welsh chris.frye@steidl-steinberg.com julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com |
| Denise Carlon | |

District/off: 0315-2 | User: auto | Page 4 of 4
Date Rcvd: Aug 29, 2025 | Form ID: 3180W | Total Noticed: 46

    on behalf of Creditor PNC Bank National Association dcarlon@kmllawgroup.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

William E. Craig
    on behalf of Creditor Credit Acceptance Corporation wcraig@egalawfirm.com
    mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

TOTAL: 6