**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
BRIAN D. WELSH
AMY L. WELSH
    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

Case No.:20-20726

Chapter 13

Document No.: 69

**ENTERED BY DEFAULT**

ORDER OF COURT

AND NOW, this __29th__ day of __August__, 20__25__, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

FILED
8/29/25 9:12 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

BY THE COURT:

_Carlota M. Böhm_
U.S. BANKRUPTCY JUDGE   dmr

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-20726-CMB |
| Brian D. Welsh | Chapter 13 |
| Amy L. Welsh | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 4 |
| Date Rcvd: Aug 29, 2025 | Form ID: pdf900 | Total Noticed: 44 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++   Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 31, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Brian D. Welsh, Amy L. Welsh, 384 Kenneth Drive, Belle Vernon, PA 15012-3874 |
| 15207652 | ++ | COLUMBIA GAS, 290 W NATIONWIDE BLVD 5TH FL, BANKRUPTCY DEPARTMENT, COLUMBUS OH 43215-4157 address filed with court:, Columbia Gas*, Revenue Recovery/Bankruptcy, PO Box 117, Columbus, OH 43216 |
| 15207687 | | West Penn Power-First Energy, PO Box 36157, Akron, OH 44309-3687 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ebnnotifications@creditacceptance.com | Aug 30 2025 00:30:00 | Credit Acceptance Corporation, 25505 W. 12 Mile Road, Suite 3000, Southfield, MI 48034-8331 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 30 2025 00:33:39 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15207650 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 30 2025 00:35:22 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15207648 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 30 2025 01:00:50 | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15224558 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 30 2025 00:34:39 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15207654 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 30 2025 00:31:00 | Comenity Bank/Lane Bryant, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15207653 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 30 2025 00:31:00 | Comenity Bank/Lane Bryant, Po Box 182789, Columbus, OH 43218-2789 |
| 15207656 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 30 2025 00:31:00 | Comenity Bank/Peebles, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15207655 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 30 2025 00:31:00 | Comenity Bank/Peebles, Po Box 182789, Columbus, OH 43218-2789 |
| 15207657 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 30 2025 00:31:00 | Comenity Bank/Victoria Secret, Po Box 182789, Columbus, OH 43218-2789 |
| 15207658 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 30 2025 00:31:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Pob 182125, Columbus, OH 43218-2125 |
| 15207660 | + | Email/Text: bankruptcy@credencerm.com | Aug 30 2025 00:32:00 | Credence Resource Management, LLC, 17000 Dallas Parkway, Suite 204, Dallas, TX 75248-1940 |
| 15207659 | + | Email/Text: bankruptcy@credencerm.com | Aug 30 2025 00:32:00 | Credence Resource Management, LLC, Po Box 2300, Southgate, MI 48195-4300 |

Case 20-20726-CMB   Doc 76   Filed 08/31/25   Entered 09/01/25 00:32:52   Desc Imaged
Certificate of Notice   Page 3 of 5

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 2 of 4 |
| Date Rcvd: Aug 29, 2025 | Form ID: pdf900 | Total Noticed: 44 |

| Recipient ID | | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 15207661 | + | Email/Text: ebnnotifications@creditacceptance.com | Aug 30 2025 00:30:00 | Credit Acceptance, 25505 West 12 Mile Road, Suite 3000, Southfield, MI 48034-8331 |
| 15207662 | + | Email/Text: ebnnotifications@creditacceptance.com | Aug 30 2025 00:30:00 | Credit Acceptance Corporation, Po Box 5070, Southfield, MI 48086-5070 |
| 15207663 | | Email/Text: mrdiscen@discover.com | Aug 30 2025 00:30:00 | Discover Financial, Pob 15316, Wilmington, DE 19850 |
| 15212512 | | Email/Text: mrdiscen@discover.com | Aug 30 2025 00:30:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15207664 | + | Email/Text: mrdiscen@discover.com | Aug 30 2025 00:30:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 15207667 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Aug 30 2025 00:31:00 | First National Bank, Attn: Bankruptcy, 4140 East State Street, Hermitage, PA 16148-3401 |
| 15207665 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Aug 30 2025 00:31:00 | First National Bank, 4140 E State St, Hermitage, PA 16148-3401 |
| 15207669 | + | Email/Text: bankruptcy@huntington.com | Aug 30 2025 00:31:00 | Huntington National Bank, Po Box 1558, Columbus, OH 43216-1558 |
| 15207670 | + | Email/Text: bankruptcy@huntington.com | Aug 30 2025 00:31:00 | Huntington Natl Bk, Attn: Bankruptcy, P.O. Box 340996, Columbus, OH 43234-0996 |
| 15207671 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 30 2025 00:31:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15239783 | | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 30 2025 00:31:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 15207672 | + | Email/Text: Documentfiling@lciinc.com | Aug 30 2025 00:31:00 | LendingClub, 595 Market St, San Francisco, CA 94105-2802 |
| 15207673 | + | Email/Text: Documentfiling@lciinc.com | Aug 30 2025 00:31:00 | LendingClub Corporation, 595 Market St, Suite 200, San Francisco, CA 94105-2802 |
| 15207676 | + | Email/PDF: cbp@omf.com | Aug 30 2025 00:34:38 | OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 15207674 | + | Email/PDF: cbp@omf.com | Aug 30 2025 00:34:29 | OneMain Financial, Po Box 1010, Evansville, IN 47706-1010 |
| 15207678 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 30 2025 00:31:00 | PA Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 15207679 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 30 2025 00:31:00 | PNC Bank, Po Box 8703, Dayton, OH 45401 |
| 15229417 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 30 2025 00:31:00 | PNC Bank, N.A., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 15207680 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 30 2025 00:31:00 | Pnc Mortgage, Attn: Bankruptcy, Po Box 8819, Dayton, OH 45401 |
| 15207682 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 30 2025 00:34:37 | Syncb/JCI Home Design, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15207681 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 30 2025 00:35:18 | Syncb/JCI Home Design, Po Box 965036, Orlando, FL 32896-5036 |
| 15209356 | ^ | MEBN | Aug 30 2025 00:16:14 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15207684 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 30 2025 01:00:49 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15207683 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 30 2025 00:35:14 | Synchrony Bank/Amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 15215989 | + | Email/Text: bankruptcy@huntington.com | Aug 30 2025 00:31:00 | The Huntington National Bank, P O Box 89424, Cleveland OH 44101-6424 |

| Recip ID | Notice Method | Date/Time | Name and Address |
|---|---|---|---|
| 15236807 | Email/PDF: ebn_ais@aisinfo.com | Aug 30 2025 00:35:26 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 15207685 | + Email/Text: bankruptcy@firstenergycorp.com | Aug 30 2025 00:31:00 | West Penn Power, 5001 NASA Blvd, Fairmont, WV 26554-8248 |
| 15207686 | + Email/Text: bankruptcy@firstenergycorp.com | Aug 30 2025 00:31:00 | West Penn Power*, 1310 Fairmont Avenue, Fairmont, WV 26554-3526 |

TOTAL: 41

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC Bank, National Association |
| 15207651 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15207649 | *+ | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15207668 | *+ | First National Bank, Attn: Bankruptcy, 4140 East State Street, Hermitage, PA 16148-3401 |
| 15207666 | *+ | First National Bank, 4140 E State Street, Hermitage, PA 16148-3401 |
| 15207677 | *+ | OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 15207675 | *+ | OneMain Financial, Po Box 1010, Evansville, IN 47706-1010 |

TOTAL: 1 Undeliverable, 6 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 31, 2025        Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 29, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Christopher M. Frye | on behalf of Joint Debtor Amy L. Welsh chris.frye@steidl-steinberg.com julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com |
| Christopher M. Frye | on behalf of Debtor Brian D. Welsh chris.frye@steidl-steinberg.com julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com |
| Denise Carlon | on behalf of Creditor PNC Bank National Association dcarlon@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| William E. Craig | on behalf of Creditor Credit Acceptance Corporation wcraig@egalawfirm.com |

District/off: 0315-2 User: auto Page 4 of 4
Date Rcvd: Aug 29, 2025 Form ID: pdf900 Total Noticed: 44

mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

TOTAL: 6